United States District Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KATHERINE MUNSON,

  Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

  Defendant,
  Defendant.

CASE NO. 2:18-cv-01322

~~PROPOSED~~ ORDER FOR EAJA FEES AND COSTS

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the total amount of $3,567.36 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $400.00 (for the court filing fee) pursuant to 28 U.S.C. § 1920; 31 U.S.C. § 1304(a), shall be awarded to Plaintiff. *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees and costs are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees and costs shall be made payable to Plaintiff's attorney, Amy Gilbrough.

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[«F494»] - 1

Halpern & Oliver, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055

Whether the check is made payable to Plaintiff, or to Amy Gilbrough, the check shall be mailed to Ms. Gilbrough at the following address: 1904 Third Ave., Suite 1030, Seattle, Washington 98101.

Dated this 20th day of August, 2019.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[«F494»] - 2