United States District Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATHERINE MUNSON, | CIVIL NO. 2:18-cv-01322-BAT-RAJ |
| Plaintiff, | ~~PROPOSED~~ ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion for Attorney Fees Pursuant To 42 U.S.C.§ 406(b), the Court having considered the contentions of Plaintiff and Defendant, good cause having been shown for entry of the Order, now therefore, it is hereby

ORDERED that Plaintiff's attorney Amy Gilbrough is allowed an attorney fee of $16,260.00, pursuant to 42 U.S.C. § 406(b). Because Ms. Gilbrough already received a fee under the Equal Access to Justice Act of $3,567.36, the remaining amount owed is $12,692.64.

~~PROPOSED~~ ORDER FOR ATTORNEY'S FEES
PURSUANT TO 42 U.S.C. § 406(b) [«F494»] - 1

Elie Halpern & Associates, P.S.
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055

If the Social Security Administration is still withholding this amount, it is directed to send this amount to Plaintiff's attorney, Amy Gilbrough, minus any applicable fees ordered by statute.

DATED this 25th day of February, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

~~PROPOSED~~ ORDER FOR ATTORNEY'S FEES
PURSUANT TO 42 U.S.C. § 406(b) [«F494»] - 2

Elie Halpern & Associates, P.S.
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055